[No. 50473-8-I. Division One. July 26, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. FRANK CHIMENTI, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01438-9, Gerald L. Knight, J., entered May 9, 2004. *Affirmed* by unpublished per curiam opinion. The prior unpublished opinion in this cause, which was filed on May 12, 2003 and noted at 116 Wn. App. 1069, was *withdrawn* by order of the Court of Appeals dated July 26, 2004.

[No. 50495-9-I. Division One. July 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALLEN FISCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00168-4, James H. Allendoerfer, J., entered May 9, 2002. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Schindler, JJ.

[No. 51601-9-I. Division One. July 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MORTEZA HAKIMI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00730-3, Charles S. French, J., entered December 17, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Kennedy, JJ. Now published at 124 Wn. App. 15.